ACCEPTED
05-14-01186-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/1/2015 1:09:47 PM
LISA MATZ
CLERK

IN THE COURT OF APPEALS FOR THE
FIFTH DISTRICT OF TEXAS AT DALLAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
6/1/2015 1:09:47 PM
LISA MATZ
Clerk

| | | |
|---|---|---|
| **KEVIN ALLEN FOSTER,** | § | |
| APPELLANT | § | |
| | § | **No. 05-14-01186-CR** |
| v. | § | |
| | § | |
| **THE STATE OF TEXAS,** | § | |
| APPELLEE | § | |

### STATE'S FIRST MOTION FOR EXTENSION OF TIME
### TO FILE STATE'S BRIEF

COMES NOW, the State of Texas, by and through the Criminal District Attorney of Collin County, Greg Willis, and tenders, pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), its first motion for an extension of time to file the State's brief. In support of this motion, the State would show the following:

I.

The Court below is the 416th Judicial District Court of Collin County, Texas. The case is styled *State of Texas v. Keven Allen Foster,* cause number 366-80380-2014.

II.

Appellee was convicted by a jury of continuous sexual abuse of a child and sentenced by the trial court to fifty years in prison.

1

### III.

The State's brief was due on May 24, 2015. The State has not previously requested an extension of time. The case is not yet set for submission.

### IV.

The State is requesting this extension so that it might adequately address the issues at hand. The extension is not requested for the purpose of an improper delay.

### V.

The State alleges good cause exists for the extension. The undersigned has filed one brief and two oral arguments before this Court in the past month. Additionally, undersigned was out of town for the Memorial Day holiday. The State's brief is filed contemporaneous with this motion.

WHEREFORE, premises considered, the State respectfully requests that the Court grant the State's motion to extend the time to file its brief for **eight days**, until **June 1, 2015**.

Respectfully submitted,

**GREG WILLIS**
Criminal District Attorney
Collin County, Texas

**JOHN R. ROLATER, JR.**
Assistant Criminal District Attorney

Chief of the Appellate Division

/s/ Andrea L. Westerfeld
**ANDREA L. WESTERFELD**
Assistant Criminal District Attorney
2100 Bloomdale Rd., Ste. 200
McKinney, Texas 75071
State Bar No. 24042143
(972) 548-4323
FAX (214) 491-4860
awesterfeld@co.collin.tx.us

## CERTIFICATE OF SERVICE

A true copy of the State's First Motion for Extension of Time to File State's Brief has been electronically served on counsel for Appellant, Debbie Lopez-Carr, and a courtesy copy emailed to ourgoodlawyer@gmail.com, on this, the 1st day of June, 2015.

/s/ Andrea L. Westerfeld
Andrea L. Westerfeld